## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

Axis Residential LLC , et. al,                                             NO. 2:24-CV-00317-SAB
　　　　　　Plaintiff(s)/Petitioner(s),

VS.                                                                        **AFFIDAVIT OF SERVICE OF PROCESS**

Dual Path LLC, ET.AL,
　　　　　　Defendant(s)/Respondent(s).

I **Eric Hahn** Being duly sworn, depose and say that I am fully qualified under state law to serve process within the jurisidiction where the documents were served, and executed service in the manner described below:

Documents Served: **Summons In A Civil Action; Complaint ,**

Service Upon: **MyCommunity. APP. LLC**

Date of Service: **Tue, Sep 24 2024**                        Time of Service: **02:55 PM**

Address of Service: **400 East Tangelo Drive, Tucson , AZ 85737**

Manner of Service:

☐ By Serving                          in person.
☐ Substitute, by serving                          , a person of suitable age and discretion who resides with at the address of service.
☒ By personally serving **Elizabeth Parsons** who holds the position of **Agent**
☐ Other Service, As Detailed Below.
☐ Non-Service for the Reasons Detailed Below.

Description: Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Blond

I certify under penalty of perjury that the foregoing is true and correct.

**Declarant: Eric Hahn**
**Registered in Pima County #547**
**Job Number: 11834272**

Subscribed and Sworn to before
me this⅀ day of September 2024.

Notary Public



IVETTE HERNANDEZ
Notary Public - State of Arizona
PIMA COUNTY
Commission # 612797
Expires August 15, 2025