# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,<br><br>Defendants.<br><br>―――――――――――――――――<br><br>DUAL PATH, LLC, an Arizona limited liability company,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation,<br><br>Counterclaim Defendants. | No. 2:24-cv-00317-SAB<br><br>**SUMMONS IN A CIVIL ACTION** |

## SUMMONS ON A COUNTERCLAIM DEFENDANT IN A CIVIL ACTION

**To**: Inland Construction & Development Co. a Washington Corporation, dba Inland Group, 120 W. Cataldo Ave., Suite 100, Spokane WA 99201

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the counter-plaintiff an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the counterclaim plaintiff or counterclaim plaintiff's attorney, whose names and addresses are:

| | |
|---|---|
| Daniel B. Mestaz (*pro hac vice pending*)<br>Matthew Hersh (*pro hac vice pending*)<br>MESTAZ LAW<br>5090 North 40th Street<br>Phoenix, AZ 85018<br>(602) 806-2068<br>daniel@mestazlaw.com<br>matt@mestazlaw.com | Shamus T. O'Doherty, WSBA #43082<br>Randall \| Danskin, P.S.<br>601 W. First Avenue, Suite 800<br>Spokane, WA  99201<br>Phone: (509) 747-2052<br>Fax: (509) 624-2528<br>sto@randalldanskin.com |

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim. You also must file your answer or motion with the court.**

**CLERK OF COURT**

_____          _____
Date                                                              **Sean F. McAvoy, Clerk**