Shamus T. O'Doherty, WSBA #43082          HON. STANLEY A. BASTIAN
Randall | Danskin, P.S.
601 W. First Avenue, Suite 800
Spokane, WA  99201
Telephone:  (509) 747-2052
Fax:  (509) 624-2528
sto@randalldanskin.com

Daniel B. Mestaz (*pro hac vice* pending)
Matthew Hersh (*pro hac vice* pending)
Mestaz Law
5090 North 40th Street
Phoenix, AZ 85018
(602) 806-2068
daniel@mestazlaw.com
matt@mestazlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company, <br><br> Defendants. | No. 2:24-cv-00317-SAB <br><br> CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DUAL PATH, LLC |

DUAL PATH, LLC
CORPORATE DISCLOSURE STATEMENT - 1

|   |   |
|---|---|
| 1 | DUAL PATH, LLC, an Arizona limited liability company, |
| 2 | |
| 3 | Counterclaim Plaintiff, |
| 4 | v. |
| 5 | AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation, |

Counterclaim Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dual Path, LLC, through counsel, certifies that it is an Arizona limited liability company, is a non-governmental entity, and that it has no corporate parent entity or publicly held corporation owning 10% or more of its membership interests.

RESPECTFULLY SUBMITTED this 15th day of October, 2024.

| RANDALL \| DANSKIN, P.S. | MESTAZ LAW |
|---|---|
| s/ Shamus T. O'Doherty | s/ Matthew Hersh |
| Shamus T. O'Doherty, WSBA #43082 | Daniel B. Mestaz, *Pro Hac Vice* Pending |
| Attorneys for Defendants | |
| 601 W. First Avenue, Suite 800 | Matthew Hersh, *Pro Hac Vice* Pending |
| Spokane, WA 99201 | Attorney for Defendants |
| Phone: (509) 747-2052 | 5090 N. 40th Street, Suite 200 |
| sto@randalldanskin.com | Phoenix, AZ 85018 |
| | Phone: (602) 806-2068 |
| | Daniel@mestazLaw.com |
| | Matt@MestazLaw.com |

DUAL PATH, LLC
CORPORATE DISCLOSURE STATEMENT - 2

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing document on the 15th day of October, 2024, addressed to the following:

Caleb Hatch  
Lee & Hayes, P.C.  
601 W Riverside Ave. Suite 1400  
Spokane, WA 99201  
Caleb.hatch@leehayes.com

☐ Hand Delivered  
☐ U.S. Mail  
☒ E-mail/ECF

By: s/ Shamus T. O'Doherty  
Shamus T. O'Doherty, WSBA #43082  
Attorneys for Defendants  
Randall | Danskin, P.S.  
601 W. First Avenue, Suite 800  
Spokane, WA 99201  
Phone: (509) 747-2052 / Fax: (509) 624-2528  
sto@randalldanskin.com

01017035.doc

DUAL PATH, LLC  
CORPORATE DISCLOSURE STATEMENT - 3