Shamus T. O'Doherty, WSBA #43082  
Randall | Danskin, P.S.  
601 W. First Avenue, Suite 800  
Spokane, WA 99201  
Telephone: (509) 747-2052  
Fax: (509) 624-2528  
sto@randalldanskin.com  

Daniel B. Mestaz (*pro hac vice* pending)  
Matthew Hersh (*pro hac vice* pending)  
Mestaz Law  
5090 North 40th Street  
Phoenix, AZ 85018  
Telephone: (602) 806-2068  
daniel@mestazlaw.com  
matt@mestazlaw.com  

*Attorneys for Defendants*

HON. STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,<br><br>Defendants. | No. 2:24-cv-00317-SAB<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MYCOMMUNITY.APP, LLC |

MYCOMMUNITY.APP, LLC CORPORATE
DISCLOSURE STATEMENT - 1

|   |   |
|---|---|
| 1 | DUAL PATH, LLC, an Arizona limited liability company, |
| 2 | |
| 3 | Counterclaim Plaintiff, |
| 4 | v. |
| 5 | AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Counterclaim Defendants. |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant MyCommunity.App, LLC, through counsel, certifies that it is an Arizona limited liability company, is a non-governmental entity, and is a wholly owned subsidiary of Dual Path, LLC. No publicly held entity owns interest in Defendant MyCommunity.App, LLC.

RESPECTFULLY SUBMITTED this 15th day of October, 2024.

| RANDALL | DANSKIN, P.S. | MESTAZ LAW |
|---|---|
| s/ Shamus T. O'Doherty | s/ Matthew Hersh |
| Shamus T. O'Doherty, WSBA #43082 | Daniel B. Mestaz, *Pro Hac Vice* Pending |
| Attorneys for Defendants | Matthew Hersh, *Pro Hac Vice* Pending |
| 601 W. First Avenue, Suite 800 | Attorney for Defendants |
| Spokane, WA 99201 | 5090 N. 40th Street, Suite 200 |
| Phone: (509) 747-2052 | Phoenix, AZ 85018 |
| sto@randalldanskin.com | Phone: (602) 806-2068 |
| | Daniel@mestazLaw.com |
| | Matt@MestazLaw.com |

MYCOMMUNITY.APP, LLC CORPORATE DISCLOSURE STATEMENT - 2

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing document on the 15th day of October, 2024, addressed to the following:

Caleb Hatch
Lee & Hayes, P.C.
601 W Riverside Ave. Suite 1400
Spokane, WA 99201
Caleb.hatch@leehayes.com

☐ Hand Delivered
☐ U.S. Mail
☒ E-mail/ECF

By: s/ Shamus T. O'Doherty
Shamus T. O'Doherty, WSBA #43082
Attorneys for Defendants
Randall | Danskin, P.S.
601 W. First Avenue, Suite 800
Spokane, WA 99201
Phone: (509) 747-2052 / Fax: (509) 624-2528
sto@randalldanskin.com

01017035.doc

MYCOMMUNITY.APP, LLC CORPORATE
DISCLOSURE STATEMENT - 3