# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation, | No. 2:24-cv-00317-SAB |
| | **SUMMONS IN A CIVIL ACTION** |

Plaintiffs,

v.

DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,

Defendants.

_____

DUAL PATH, LLC, an Arizona limited liability company,

Counterclaim Plaintiff,

v.

AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation,

Counterclaim Defendants.

_____

## SUMMONS ON A COUNTERCLAIM DEFENDANT IN A CIVIL ACTION

**To**: Inland Construction & Development Co. a Washington Corporation, dba Inland Group, 120 W. Cataldo Ave., Suite 100, Spokane WA 99201

**A lawsuit has been filed against you.**

1    Within 21 days after service of this summons on you (not counting the day
2    you received it) — or 60 days if you are the United States or a United States agency,
3    or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2)
4    or (3) — you must serve on the counter-plaintiff an answer to the attached
5    counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
6    answer or motion must be served on the counterclaim plaintiff or counterclaim
7    plaintiff's attorney, whose names and addresses are:

8    Daniel B. Mestaz (*pro hac vice pending*)      Shamus T. O'Doherty, WSBA #43082
9    Matthew Hersh (*pro hac vice pending*)         Randall | Danskin, P.S.
     MESTAZ LAW                                      601 W. First Avenue, Suite 800
10   5090 North 40th Street                          Spokane, WA  99201
     Phoenix, AZ 85018                               Phone: (509) 747-2052
11   (602) 806-2068                                  Fax: (509) 624-2528
     daniel@mestazlaw.com                            sto@randalldanskin.com
12   matt@mestazlaw.com

13

14   **If you fail to respond, judgment by default will be entered against you for the**
15   **relief demanded in the counterclaim. You also must file your answer or motion**
     **with the court.**

16

17                              **CLERK OF COURT**

18

19

20   Oct 16, 2024, 3:33 pm
     Date                              Sean F. McAvoy, Clerk

21

22

23

24

25

26

27

28

                                        2