FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC, a Washington state corporation<br><br>    Plaintiff,<br><br>    v.<br><br>DUAL PATH, LLC, an Arizona limited liability corporation; and MYCOMMUNITY.APP LLC, an Arizona limited liability corporation,<br><br>    Defendants. | No. 2:24-CV-00317-SAB<br><br>**ORDER STAYING CASE; SETTING STATUS VIDEO CONFERENCE** |

    Before the Court is the parties' Stipulated Motion to Stay All Deadlines, ECF No. 15. Plaintiffs are represented by Caleb Hatch. Defendants are represented by Daniel Mestaz, Matthew Hersh, and Shamus O'Doherty.

    Defendants request the Court stay proceedings in this matter to allow time to conduct mediation. The Court finds it appropriate to grant the motion and set a status conference in this matter.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The parties' Stipulated Motion to Stay All Deadlines, ECF No. 15, is

**ORDER STAYING CASE; SETTING STATUS CONFERENCE** #1

**GRANTED**.

2. The scheduling conference set for December 5, 2024, is **STRICKEN**.

3. A status video conference is **SET** for **December 30, 2024,** at **9:30 a.m.**. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

4. The above-captioned matter is **STAYED** pending further order of the Court.

5. The parties shall file a joint status report regarding the status of the case with the Court no later than **December 23, 2024**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 31st day of October 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER STAYING CASE; SETTING STATUS CONFERENCE** #2