FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC, a Washington state corporation<br><br>Plaintiff,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability corporation; and MYCOMMUNITY.APP LLC, an Arizona limited liability corporation,<br><br>Defendants. | No. 2:24-CV-00317-SAB<br><br>**ORDER LIFTING STAY; SETTING SCHEDULING CONFERENCE HEARING** |

Before the Court is the parties' Joint Status Report, ECF No. 18. Plaintiffs are represented by Caleb Hatch. Defendants are represented by Daniel B. Mestaz, Matthew Hersh, and Shamus T. O'Doherty.

The parties request the Court lift the stay in this matter and set a scheduling conference. The Court finds it appropriate to grant the requests.

Accordingly, **IT IS HEREBY ORDERED:**

1. The status conference set for December 30, 2024, is **STRICKEN**.

2. A scheduling conference is **SET** for **February 21, 2025,** at **8:30 a.m.**

**ORDER LIFTING STAY; SETTING SCHEDULING CONFERENCE HEARING** #1

**by Video Conference**.  Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

      3.      The stay in the above-captioned matter is **LIFTED**.

     **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

     **DATED** this 27th day of December 2024.



                         Stanley A. Bastian
                    Chief United States District Judge

**ORDER LIFTING STAY; SETTING SCHEDULING CONFERENCE HEARING** #2