Daniel B. Mestaz (*pro hac vice*)
Matthew Hersh (*pro hac vice*)
MESTAZ LAW
5090 North 40th Street
Phoenix, AZ 85018
Telephone: (602) 806-2068
daniel@mestazlaw.com
matt@mestazlaw.com

Shamus T. O'Doherty, WSBA #43082
Randall | Danskin, P.S.
601 W. First Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 747-2052
Fax: (509) 624-2528
sto@randalldanskin.com

*Attorneys for Defendants/Counterclaim Plaintiff*

HON. STANLEY A. BASTIAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,<br><br>Defendants. | No. 2:24-cv-00317-SAB<br><br>**STIPULATED MOTION TO STAY ALL DEADLINES**<br><br>**FEBRUARY 27, 2025**<br>**WITHOUT ORAL ARGUMENT** |

STIPULATED MOTION TO STAY ALL DEADLINES - 1

| | |
|---|---|
| DUAL PATH, LLC, an Arizona limited liability company, | )<br>)<br>)<br>) |
| Counterclaim Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>)<br>) |

The parties have reached an agreement in principle to globally settle this matter, along with three other cases recently filed in the Superior Court for the State of Arizona, Maricopa County and involving many of the same parties, pending/subject to a long form settlement agreement.

Accordingly, the parties request a stay of all case deadlines in this case so that the parties can focus their efforts on finalizing the long form settlement agreement, avoid spending additional attorneys' fees in the meantime, and avoid taking up the Court's time on matters that may be unnecessary if the settlement is finalized.

For the same reasons, the parties also request that the Court vacate the February 21, 2025 Scheduling Conference.

STIPULATED MOTION TO STAY ALL DEADLINES - 2

1 | The parties further request that the Court (A) set a status conference for a date
2 | no earlier than four weeks from today and (B) order the parties to file a joint status
3 | report regarding the status of the case with the Court no later than one week prior to
4 | the status conference.
5 | Respectfully submitted this 28th day of January, 2025.

| | |
|---|---|
| MESTAZ LAW<br><br>s/ Matthew Hersh<br>Daniel B. Mestaz (pro hac vice)<br>Matthew Hersh (pro hac vice)<br>5090 N. 40th Street, Suite 200<br>Phoenix, AZ 85018<br>Phone: (602) 806-2068<br>Daniel@mestazLaw.com<br>Matt@MestazLaw.com<br><br>RANDALL | DANSKIN PS<br><br>/s/Shamus T. O'Doherty<br>Shamus T. O'Doherty, WSBA #43082<br>601 W. First Ave., Suite 800<br>Spokane, WA 99201<br>Phone: (509) 747-2052<br>sto@randalldanskin.com<br><br>*Attorneys for Defendants-Counterclaim Plaintiff* | LEE & HAYES, P.C.<br><br>s/ Caleb Hatch<br>Caleb Hatch, WSBA #51292<br>601 W. Riverside Ave. Suite 1400<br>Spokane, Washington 99201<br>Telephone: (509) 324-9256<br>caleb.hatch@leehayes.com<br><br>*Attorneys for Plaintiffs* |

STIPULATED MOTION TO STAY ALL DEADLINES - 3

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing document on this 27th day of January, 2025, addressed to the following:

| | |
|---|---|
| Caleb Hatch<br>Lee & Hayes, P.C.<br>601 W Riverside Ave. Suite 1400<br>Spokane, WA 99201<br>Caleb.hatch@leehayes.com | ☐ Hand Delivered<br>☐ U.S. Mail<br>☒ E-mail/ECF |

/s/Shamus T. O'Doherty
Shamus T. O'Doherty, WSBA #43082
601 W. First Ave., Suite 800
Spokane, WA 99201
Phone: (509) 747-2052
sto@randalldanskin.com

STIPULATED MOTION TO STAY ALL DEADLINES - 4