Daniel B. Mestaz (*pro hac vice*)
Matthew Hersh (*pro hac vice*)
MESTAZ LAW
5090 North 40th Street
Phoenix, AZ 85018
Telephone: (602) 806-2068
daniel@mestazlaw.com
matt@mestazlaw.com

Shamus T. O'Doherty, WSBA #43082
Randall | Danskin, P.S.
601 W. First Avenue, Suite 800
Spokane, WA  99201
Telephone: (509) 747-2052
Fax: (509) 624-2528
sto@randalldanskin.com

*Attorneys for Defendants/Counterclaim Plaintiff*

HON. STANLEY A. BASTIAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,<br><br>Defendants. | No. 2:24-cv-00317-SAB<br><br>**[PROPOSED] ORDER STAYING CASE; SETTING STATUS VIDEO CONFERENCE** |

**[PROPOSED] ORDER STAYING CASE; SETTING STATUS VIDEO CONFERENCE** - 1

|   |   |
|---|---|
| DUAL PATH, LLC, an Arizona limited liability company, | ) ) ) ) |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) ) |
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation, | ) ) ) ) ) ) ) ) ) |
| Counterclaim Defendants. | ) ) ) ) |

Before the Court is the parties' Stipulated Motion to Stay All Deadlines, ECF No. 21. Plaintiffs are represented by Caleb Hatch. Defendants are represented by Daniel Mestaz, Matthew Hersh, and Shamus O'Doherty.

Defendants request the Court stay proceedings in this matter to allow time to finalize, in long form, a settlement agreement that the parties have agreed to in principle. The Court finds it appropriate to grant the motion and set a status conference in this matter.

Accordingly, **IT IS HEREBY ORDERED**:

**[PROPOSED] ORDER STAYING CASE; SETTING STATUS VIDEO CONFERENCE** - 2

1. The parties' Stipulated Motion to Stay All Deadlines, ECF No. 21, is **GRANTED**.

2. The scheduling conference set for February 21, 2025, is **STRICKEN**.

3. A status video conference is **SET** for **_____, 2025, at \_\_\_\_**. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

4. The above-captioned matter is **STAYED** pending further order of the Court.

5. The parties shall file a joint status report regarding the status of the case with the Court no later than **_____, 2025**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this \_\_\_\_ day of _____, 2025.

_____
Hon. Stanley A. Bastian

**[PROPOSED] ORDER STAYING CASE; SETTING STATUS VIDEO CONFERENCE** - 3