Daniel B. Mestaz (*pro hac vice*)
Matthew Hersh (*pro hac vice*)
MESTAZ LAW
5090 North 40th Street
Phoenix, AZ 85018
Telephone: (602) 806-2068
daniel@mestazlaw.com
matt@mestazlaw.com

Shamus T. O'Doherty, WSBA #43082
Randall | Danskin, P.S.
601 W. First Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 747-2052
Fax: (509) 624-2528
sto@randalldanskin.com

*Attorneys for Defendants-Counterclaim Plaintiff*

HON. STANLEY A. BASTIAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,<br><br>Defendants. | No. 2:24-cv-00317-SAB<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION TO EXTEND STAY**<br><br>MAY 12, 2025<br>**WITHOUT ORAL ARGUMENT** |

JOINT STATUS REPORT AND
STIPULATED MOTION TO EXTEND STAY - 1

|    |    |    |
|----|----|----|
| 1  | ──────────────────────────── | ) |
| 2  | DUAL PATH, LLC, an Arizona limited liability company, | ) ) ) |
| 3  |  | ) |
| 4  | Counterclaim Plaintiff, | ) ) ) |
| 5  | v. | ) ) |
| 6  | AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation, | ) ) ) ) |
| 7  |  | ) ) |
| 8  |  | ) ) |
| 9  |  | ) ) |
| 10 | Counterclaim Defendants. | ) ) |

Pursuant to the Court's order [ECF No. 24], the Parties jointly file this status report and request for an extension of the stay. The parties have reached a settlement in this matter and have executed a long-form agreement to memorialize the settlement. Pursuant to the settlement agreement, and provided that certain post-covenant obligations are satisfied, the parties anticipate stipulating to the dismissal of this action, under the terms agreed to in the settlement agreement, within three to six weeks.

Accordingly, the parties request an extension of the existing stay of all case deadlines in this case so that the parties can focus their efforts on addressing the post-covenant obligations in the settlement agreement, avoid spending additional

JOINT STATUS REPORT AND
STIPULATED MOTION TO STAY ALL DEADLINES - 2

1 attorneys' fees in the meantime, and avoid taking up the Court's time on matters that
2 will likely be unnecessary if the post-covenant obligations are met and the case is
3 dismissed by stipulation.

4     For the same reasons, the parties also request that the Court vacate the April
5 18, 2025 Scheduling Conference.

6     The parties further request that the Court (A) set a status conference for a date
7 no earlier than eight weeks from today and (B) order the parties to file a joint status
8 report regarding the status of the case with the Court no later than one week prior to
9 the status conference.

10     Respectfully submitted this 10th day of April, 2025.

| MESTAZ LAW | LEE & HAYES, P.C. |
|---|---|
| s/ Matthew Hersh | s/ Caleb Hatch |
| Daniel B. Mestaz (pro hac vice) | Caleb Hatch, WSBA #51292 |
| Matthew Hersh (pro hac vice) | 601 W. Riverside Ave. Suite 1400 |
| 5090 N. 40th Street, Suite 200 | Spokane, Washington 99201 |
| Phoenix, AZ 85018 | Phone: (509) 324-9256 |
| Phone: (602) 806-2068 | caleb.hatch@leehayes.com |
| Daniel@mestazLaw.com, Matt@MestazLaw.com | *Attorneys for Plaintiffs* |
| **RANDALL | DANSKIN PS** | |
| /s/Shamus T. O'Doherty | |
| Shamus T. O'Doherty, WSBA #43082 | |
| 601 W. First Ave., Suite 800 | |
| Spokane, WA 99201 | |
| Phone: (509) 747-2052 | |
| sto@randalldanskin.com | |
| *Attorneys for Defendants-Counterclaim Plaintiff* | |

JOINT STATUS REPORT AND
STIPULATED MOTION TO STAY ALL DEADLINES - 3

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing document on this 10th day of April, 2025, addressed to the following:

Caleb Hatch
Lee & Hayes, P.C.
601 W. Riverside Ave. Suite 1400
Spokane, WA 99201
Caleb.hatch@leehayes.com

☐ Hand Delivered
☐ U.S. Mail
☒ ECF

/s/Shamus T. O'Doherty
Shamus T. O'Doherty, WSBA #43082
601 W. First Ave., Suite 800
Spokane, WA 99201
Phone: (509) 747-2052
sto@randalldanskin.com

JOINT STATUS REPORT AND
STIPULATED MOTION TO STAY ALL DEADLINES - 4