Daniel B. Mestaz (*pro hac vice*)
Matthew Hersh (*pro hac vice*)
MESTAZ LAW
5090 North 40th Street
Phoenix, AZ 85018
Telephone: (602) 806-2068
daniel@mestazlaw.com
matt@mestazlaw.com

Shamus T. O'Doherty, WSBA #43082
Randall | Danskin, P.S.
601 W. First Avenue, Suite 800
Spokane, WA 99201
Telephone: (509) 747-2052
Fax: (509) 624-2528
sto@randalldanskin.com

*Attorneys for Defendants-Counterclaim Plaintiff*

HON. STANLEY A. BASTIAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; and SUNSET MANAGEMENT, INC., a Washington corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DUAL PATH, LLC, an Arizona limited liability company; and MYCOMMUNITY.APP LLC, an Arizona limited liability company,<br><br>　　　　　Defendants. | No. 2:24-cv-00317-SAB<br><br>**[PROPOSED] ORDER EXTENDING STAY; RESETTING STATUS VIDEO CONFERENCE** |

**[PROPOSED]** ORDER EXTENDING STAY;
RESETTING STATUS VIDEO CONFERENCE - 1

|   |   |
|---|---|
| DUAL PATH, LLC, an Arizona limited liability company, | ) ) ) ) ) |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) |
| AXIS RESIDENTIAL, LLC, a Washington limited liability company; SUNSET MANAGEMENT, INC., a Washington corporation; and INLAND CONSTRUCTION & DEVELOPMENT CO., dba Inland Group, a Washington corporation, | ) ) ) ) ) ) ) ) ) |
| Counterclaim Defendants. | ) ) ) |

Before the Court is the Parties' Joint Status Report and Stipulated Motion to Extend Stay, ECF No. 25. Plaintiffs are represented by Caleb Hatch. Defendants are represented by Daniel Mestaz, Matthew Hersh, and Shamus O'Doherty.

The parties request the Court extend the stay of proceedings in this matter to allow time for the parties to comply with certain post-covenant obligations in the parties' now-finalized settlement agreement, upon which time the parties anticipate that they will stipulate to the dismissal of this action pursuant to the term of the agreement. The Court finds it appropriate to grant the motion and set a status conference in this matter.

**[PROPOSED]** ORDER EXTENDING STAY;
RESETTING STATUS VIDEO CONFERENCE - 2

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Joint Status Report and Stipulated Motion to Extend the Stay, ECF No. 25, is **GRANTED**.

2. The scheduling conference set for April 18, 2025, is **STRICKEN**.

3. A status video conference is **SET** for _____, 2025, at ____. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

4. The case remains **STAYED** pending further order of the Court.

5. The parties shall file a joint status report regarding the status of the case with the Court no later than _____, 2025.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this ____ day of _____, 2025.

_____
Hon. Stanley A. Bastian

[PROPOSED] ORDER EXTENDING STAY;
RESETTING STATUS VIDEO CONFERENCE - 3