FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington State limited liability company; SUNSET MANAGEMENT, INC, a Washington State corporation<br><br>  Plaintiff,<br><br>  v.<br><br>DUAL PATH, LLC, an Arizona limited liability corporation; and MYCOMMUNITY.APP LLC, an Arizona limited liability corporation,<br><br>  Defendants. | No. 2:24-CV-00317-SAB<br><br>**ORDER EXTENDING STAY; SETTING STATUS VIDEO CONFERENCE** |

Before the Court is the parties' Joint Status Report and Stipulated Motion to Extend Stay, ECF No. 25. Plaintiffs are represented by Caleb Hatch. Defendants are represented by Daniel B. Mestaz, Matthew Hersh, and Shamus T. O'Doherty.

Defendants request the Court stay the proceedings in this matter because they have reached an agreement in principle to globally settle this matter but need more time to finalize the agreement. Good cause exists to grant the motion and set a status conference in this matter.

//

**ORDER EXTENDING STAY; SETTING STATUS CONFERENCE** #1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Status Report and Stipulated Motion to Extend Stay, ECF No. 25, is **GRANTED**.

2. The scheduling conference set for April 18, 2025, is **STRICKEN**.

3. A status video conference is **SET** for **June 13, 2025, at 8:30 a.m.**. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

4. The above-captioned matter is **STAYED** pending further order of the Court.

5. The parties shall file a joint status report regarding the status of the case with the Court no later than **June 6, 2025**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of April 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER EXTENDING STAY; SETTING STATUS CONFERENCE** #2