FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS RESIDENTIAL, LLC, a Washington State limited liability company; SUNSET MANAGEMENT, INC, a Washington State corporation | No. 2:24-CV-00317-SAB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DUAL PATH, LLC, an Arizona limited liability corporation; and MYCOMMUNITY.APP LLC, an Arizona limited liability corporation, | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 27. Plaintiffs are represented by Caleb Hatch. Defendants are represented by Daniel B. Mestaz, Matthew Hersh, and Shamus O'Doherty. The motion was considered without oral argument.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties request the Court dismiss all claims and counterclaims in this matter with prejudice and with each party bearing their own costs, expenses, and fees. The Court grants the motion.

//

**ORDER OF DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1.     The Court **LIFTS** the stay on this matter.

2.     The parties' Stipulated Motion to Dismiss, ECF No. 27, is **GRANTED**.

3.     This matter is **DISMISSED with prejudice** and with each party bearing their own costs, expenses, and fees.

 **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of May 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** ~ 2